IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARRIBA CAREER AND TECHNICAL TRAINING INC. t/d/b/a ARRIBA INTERNATIONAL STAFFING SERVICES INC., | Civil Action No. 2:23-1641 |
| Plaintiff, | Electronically Filed |
| vs. | |
| JUN CHI HORNG, | |
| Defendant. | |
| JUN CHI HORNG, | |
| Counter-Plaintiff, | |
| vs. | |
| DANIEL P. WUKICH, et al., | |
| Counter-Defendants. | |

## **ORDER**

AND NOW, this 28th day of February, 2024, Defendant having notified the Court that Jun Chi Horng has filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code, in the United States Bankruptcy Court for the Eastern District of New York at Case No. 1-24-40826-jmm, IT IS HEREBY ORDERED that the Clerk of Court mark the above captioned case administratively **CLOSED** pursuant to an automatic bankruptcy stay under 11 U.S.C. § 362.

Nothing contained in this order shall be considered a dismissal or disposition of this matter on the merits and, should further proceedings in it become necessary or desirable, either party may petition the court to re-open the case.

BY THE COURT:

/s/Patricia L Dodge
PATRICIA L. DODGE
United States Magistrate Judge